NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**OLIVER C. GEBHART,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2010-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1682, Chief Judge William P. Greene, Jr.

---

## ON MOTION

---

Before LINN, DYK, and PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

Oliver C. Gebhart moves for panel reconsideration and reconsideration en banc of the court's order summarily affirming the decision of the United States Court of Appeals for Veteran Claims.

IT IS ORDERED THAT:

(1) The motion for panel reconsideration is denied. The request for en banc reconsideration will be circulated to the full court.

(2) All other pending motions are denied.

FOR THE COURT

JUL 2 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Oliver C. Gebhart
    Delisa M. Sanchez, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 2 2011

JAN HORBALY
CLERK